JAMES R. WILLIAMS, County Counsel (S.B. #271253)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI WONG, Individually and as Trustee of The TA3968 Living Trust dtd August 19, 2014, <br><br> Plaintiff, <br><br> v. <br><br> THE COUNTY OF SANTA CLARA, a municipal corporation, and DOES 1 through 50, inclusive, <br><br> Defendant. | No. <br><br> (Superior Court Case No. 18-CV321443) <br><br> **DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441(a); 1446** <br><br> **(FEDERAL QUESTION) – DEMAND FOR JURY TRIAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant COUNTY OF SANTA CLARA ("County") hereby removes to U.S. District Court the state court action described below.

1. On or about January 4, 2018, an action was commenced in the Superior Court of the State of California in and for the County of Santa Clara entitled *Tai Wong, Individually and as Trustee of The TA3968 Living Trust dtd August 19, 2014 v. The County of Santa Clara, a municipal corporation, and DOES 1 through 50, inclusive* as case number 18-CV-321443.

2. The Complaint in the above-referenced action alleges causes of action under 42 U.S.C. § 1983 and the Fifth and Fourteenth Amendments to the United States Constitution for unconstitutional taking of private property (Third Cause of Action), violation of due process rights (Fourth Cause of Action), and violation of equal protection rights (Fifth Cause of Action).

1

3.    Pursuant to U.S.C. § 1446(a), a copy of the Summons and Complaint that was filed and served in this case is attached hereto as **EXHIBIT A**.

4.    To the extent that Plaintiff's Complaint alleges cause or causes of action  other than violations of rights under the laws of the United States, said causes of action may be removed and adjudicated by this Court pursuant to 28 U.S.C. §1441(c).

5.    On January 25, 2018, the County timely filed in the Superior Court an Answer to the Complaint.  A true and correct copy of that Answer is attached hereto as **EXHIBIT B**.

6.    I request removal on behalf of the County and the County consents to removal.  The County is represented by the undersigned counsel.

WHEREFORE, the undersigned counsel prays that the above action now pending against the County in the Superior Court of the State of California in the County of Santa Clara be removed in its entirety to this Court for all further proceedings, pursuant to 28 U.S.C. §1441, et seq.

**DEMAND FOR JURY TRIAL**

The County hereby demands a jury trial in this action.

Dated:  February 1, 2018                         Respectfully submitted,

                                        JAMES R. WILLIAMS
                                        COUNTY COUNSEL


                                 By:  _____/S/_____
                                        MARK F. BERNAL
                                        Deputy County Counsel

                                        Attorneys for Defendant
                                        COUNTY OF SANTA CLARA

1700200

Defendant's Notice of Removal of Action                                    18-CV-321443