DANIEL A. MULLER CSB #169935
Gagen, McCoy, McMahon, Koss, Markowitz & Fanucci
630 San Ramon Valley Blvd., Suite 100
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985
Email: dam@gagenmccoy.com

Attorneys for Plaintiff/Petitioner
TAI WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI WONG,<br><br>    Plaintiff and Petitioner,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants and Respondents. | No.: 18-cv-00711-WHO<br><br>STIPULATION AND [PROPOSED] ORDER (1) GRANTING PLAINTIFF/PETITIONER LEAVE TO FILE [PROPOSED] FIRST AMENDED VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT, AND (2) REMANDING CASE TO STATE COURT |

## STIPULATION

The parties in the above-captioned matter, by and through their respective counsel of record, hereby stipulate and agree as follows:

(1) That Plaintiff/Petitioner, TAI WONG ("Petitioner"), be granted leave to file his [Proposed] First Amended Verified Petition for Writ of Mandate, and Complaint for Damages, and Declaratory and Injunctive Relief ("FAC"), which no longer contains any of the "federal claims" previously alleged in Petitioner's original Petition for Writ of Mandate/Complaint herein (a true and correct redline/strikeout copy of said FAC, showing all proposed amendments, is attached hereto as Exhibit "A"; and a true and

correct, clean copy of same, accepting all proposed amendments, is attached hereto as Exhibit "B"); and

(2) That in light of Petitioner's amendments as reflected in the FAC, this action be remanded to California State Court.

SO STIPULATED.

Dated: May 2, 2018  Gagen, McCoy, McMahon, Koss, Markowitz & Fanucci
A Professional Corporation

By: _____
DANIEL A. MULLER
Attorneys for Plaintiff/Petitioner TAI WONG

Dated: May 2, 2018  By: _____
MARK F. BERNAL
Deputy County Counsel
Attorney for Defendant County of Santa Clara

### ORDER

Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED:

1) Petitioner/Plaintiff TAI WONG is granted leave, and authorized, to file the aforesaid FAC, attached ~~hereto~~ to Stipulation as Exhibit "B"; and

2) This case, as amended by said FAC, is hereby remanded to the Superior Court of the State of California, in and for the County of Santa Clara.

SO ORDERED.

Dated: May 2, 2018  _____
WILLIAM H. ORRICK, JUDGE
U.S. DISTRICT COURT, CALIFORNIA
NORTHERN DISTRICT

Law Offices of
GAGEN, McCOY, McMAHON, KOSS, MARKOWITZ & FANUCCI
A Professional Corporation
630 San Ramon Valley Blvd., Suite 100
P.O. Box 218
Danville, CA 94526
(925) 837-0585